UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHANIE JOHNSTON, | ) | Case No. 06cv0714 JM (NLS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through her counsel, David M. Shore,

    **IT IS HEREBY ORDERED** that this action be dismissed without prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

DATED: January 31, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge